# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA v. JAMIR FOUSHEE | CRIMINAL ACTION NO. 19-452 |
|---|---|

## ORDER RE MOTION TO SUPPRESS EVIDENCE

**AND NOW**, this 10th day of November, 2020, following an evidentiary hearing on September 15, 2020, and upon consideration of Defendant's Motion to Suppress (ECF 19), the Government's response (ECF 20), and post-hearing supplemental briefing (ECF 40, 42), for the reasons stated in the attached memorandum, it is hereby ordered that the Motion is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\19cr452 USA v. Foushee\19cr452 Order re Motion to Suppress.docx