IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 19-452 |
| | : | |
| JAMIR FOUSHEE | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and sentence imposed on April 6, 2022.

Respectfully submitted,

*/s/ Mythri Jayaraman*
MYTHRI JAYARAMAN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

    I, Mythri Jayaraman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I caused a copy of the Notice of Appeal be served via Electronic Case Filing and hand delivery upon David E. Troyer, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, 19106.

                                           */s/ Mythri Jayaraman*
                                           MYTHRI JAYARAMAN
                                           Assistant Federal Defender

DATE:        April 15, 2022